UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, ex rel
CLARENCE CHRISTIANSEN and

THE STATE OF WISCONSIN

     Plaintiffs,

 v.             Civil Action No. 19-CV-1791

HEALING CORNER, LLC, and
DR. SIAMAK ARASSI

     Defendants.

---

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs the United States of America and the State of Wisconsin, by their undersigned attorneys, moves this Court for default judgment against Healing Corner, LLC and Dr. Siamak Arassi in the above-captioned civil action.

This motion is based upon Rule 55 of the Federal Rules of Civil Procedure and further upon all of the records and papers on file in this case. The affidavit of United States Department of Justice paralegal Laurie Thompson is submitted in further support of this motion.

Dated this 10th day of January, 2023.

            GREGORY J. HAANSTAD
            United States Attorney

       By: /s/ Maura S. Flaherty

            MAURA S. FLAHERTY
            Assistant United States Attorney

Eastern District of Wisconsin
WI State Bar No. 1117541
517 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-1717
Fax: (414) 297-4394
Maura.Flaherty@usdoj.gov

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Katie M. Wilson
KATIE M. WILSON
Assistant Attorney General
State Bar #1074344


Attorneys for Intervening Plaintiff
State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 224-9690 (Katie Wilson)
(608) 294-2963 (Fax)
wilsonkm@doj.state.wi.us