

# U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*
*Financial Litigation Program*

*Federal Courthouse*   *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*   *TTY (414)297-1088*
*Milwaukee WI 53202*   *Fax (414) 297-1738*
*www.usdoj.gov/usao/wie*

May 21, 2024

The Honorable J.P. Stadtmueller
United States District Court Judge
471 Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:   *United States et al vs. The Healing Corner, LLC and Dr. Siamak B. Arassi*
           Case No. 19-CV-1791-JPS
           *Filing of second garnishment – My Choice*

Dear Judge Stadtmueller:

     Our office is today filing a second application for a writ of garnishment, naming My Choice Wisconsin as garnishee-defendant. We recently learned that My Choice, which is merging with Molina Healthcare, is holding additional unpaid funds owed to Dr. Arassi and/or The Healing Corner, LLC. Therefore, we are bringing this subsequent writ in an effort to collect those funds and apply them to the outstanding judgment against the defendants.

                                         Sincerely,

                                         GREGORY J. HAANSTAD
                                         United States Attorney

                        BY:   *s/ Chris R. Larsen*

                                         CHRIS R. LARSEN
                                         Assistant United States Attorney
                                         State Bar #: 1005336
                                         Attorneys for the Plaintiff
                                         530 Federal Building
                                         517 East Wisconsin Avenue
                                         Milwaukee, Wisconsin 53202-4580
                                         Telephone No.: (414) 297-1700
                                         Email:  Chris.Larsen@usdoj.gov