# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE HEALING CORNER, LLC and DR. SIAMAK B. ARASSI,<br><br>Defendants,<br><br>and<br><br>WISCONSIN DEPARTMENT OF HEALTH SERVICES, ANTHEM BLUE CROSS & BLUE SHIELD OF WISCONSIN, INDEPENDENT CARE HEALTH PLAN, MOLINA HEALTHCARE OF WISCONSIN, UNITEDHEALTHCARE OF WISCONSIN, and MY CHOICE WISCONSIN,<br><br>Garnishee-Defendants. | Case No. 19-CV-1791-JPS<br><br>**ORDER** |

  In this civil action, The Healing Corner, LLC and Dr. Siamak B. Arassi (together, "Defendants") were sued for violations of the False Claims Act, 31 U.S.C. § 3279 *et seq.* and other statutes. *See generally* ECF No. 30 (United States' complaint in intervention, which serves as the operative complaint). On February 28, 2023, the Court entered default judgment against Defendants in the total amount of $2,346,545.78. ECF Nos. 55, 56.

Pursuant to 28 U.S.C. § 1961(a), interest on the judgment has accrued at the rate of 5.060%.

In April and May 2024, the Court granted the United States's application for writs of garnishment as to six entities: Wisconsin Department of Health Services, Anthem Blue Cross & Blue Shield of Wisconsin, Independent Care Health Plan, Molina Healthcare of Wisconsin, UnitedHealthcare of Wisconsin, and My Choice Wisconsin. ECF Nos. 59, 74. Defendants were served by mail and email with copies of these writs along with other components of the garnishment package, including notices and instructions for Defendants to designate exemptions and to request a hearing. ECF Nos. 61, 76.[1]

The United States filed a stipulation of dismissal of the garnishment action as to Garnishee-Defendant Molina Healthcare of Wisconsin. ECF No. 85. The Court will adopt that stipulation and dismiss the garnishment action as to Molina Healthcare of Wisconsin. Fed. R. Civ. P. 41(a)(2).

The remaining Garnishee-Defendants—the Wisconsin Department of Health Services, Anthem Blue Cross & Blue Shield of Wisconsin, Independent Care Health Plan, UnitedHealthcare of Wisconsin, and My Choice Wisconsin (the "Garnishee-Defendants")—each filed answers or amended answers, indicating that they hold monies owed to Defendants. ECF No. 68 (answer of Wisconsin Department of Health Services indicating that it has $75,919.36 owed to Defendants); ECF No. 70 (amended answer

---

[1] Magistrate Judge Nancy Joseph earlier approved service by email on Defendants. ECF No. 37. The Court has previously noted that Defendants indeed receive correspondence at the given email addresses. ECF No. 55 at 4–5. These facts, together with the Government's having served Defendants by mail as well, assure the Court that Defendants have received notice of all relevant submissions in this case.

of Independent Care Health Plan indicating that it has $31,369.88 owed to Defendants); ECF No. 73 (answer of Anthem Blue Cross & Blue Shield of Wisconsin indicating that it has $5,776.74 owed to Defendants); ECF No. 78 (amended answer of UnitedHealthcare of Wisconsin indicating that it has $41,632.61 owed to Defendants); ECF No. 81 (answer of My Choice Wisconsin indicating that it has $2,122.67 owed to Defendants). Defendants were served, again by both email and mail, with copies of these answers. ECF Nos. 80, 82.

Defendants had 20 days from the date they received Garnishee-Defendants' answers to file objections thereto and to request a hearing. 28 U.S.C. § 3205(c)(5); *see also* ECF Nos. 58-3, 75 (clerk's notices of post-judgment garnishment issued to Defendants, noting this deadline). On June 5 and 6, 2024, the Government certified that it served all of Garnishee-Defendants' original and amended answers on Defendants, making any objection and hearing request due on or before June 26, 2024. To date, Defendants have not filed any objection or hearing request.

As of July 1, 2024, Defendants remain indebted to the Government in the sum of $2,507,822.16. ECF No. 83 at 3; ECF Nos. 55–56 (order and default judgment). The Government accordingly moves pursuant to 28 U.S.C. § 3205(c)(7) for an order of garnishment as to Defendants' non-exempt earnings that are currently in Garnishee-Defendants' possession, which will be applied towards the outstanding balance of the judgment entered against Defendants. ECF No. 83. The Court will grant the motion. It will further order that the United States serve a copy of this Order on Defendants and file a certificate of service on the docket.

Accordingly,

**IT IS ORDERED** that the United States' stipulation to dismiss the garnishment action as to Molina Healthcare of Wisconsin, ECF No. 85, be and the same is hereby **ADOPTED**; Molina Healthcare of Wisconsin is dismissed as a Garnishee-Defendant from this action;

**IT IS FURTHER ORDERED** that the United States' motion for entry of an order of garnishment as to Garnishee-Defendants the Wisconsin Department of Health Services, Anthem Blue Cross & Blue Shield of Wisconsin, Independent Care Health Plan, UnitedHealthcare of Wisconsin, and My Choice Wisconsin, ECF No. 83, be and the same hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that the Garnishee-Defendants shall pay to Plaintiff the United States the following monies listed in Garnishee-Defendants' answers or amended answers:

1. Wisconsin Department of Health Services: an amount to be determined of less than or equal to $75,919.36 after all claims are processed;
2. Anthem Blue Cross & Blue Shield of Wisconsin: an amount to be determined of less than or equal to $5,776.74 after all claims are processed;
3. Independent Care Health Plan: an amount to be determined of less than or equal to $31,369.88 after all claims are processed;
4. UnitedHealthcare of Wisconsin: an amount to be determined of less than or equal to $41,632.61 after all claims are processed;
5. My Choice Wisconsin: an amount to be determined of less than or equal to $2,122.67 after all claims are processed.

Any unprocessed claims shall be processed as appropriate and all amounts payable to the Defendants shall be paid to Plaintiff. Payments shall be made payable to the "U.S. Department of Justice" with the Defendants' case

number (19-CV-1791) on the draft and sent to the U.S. Department of Justice, U.S. Attorney's Office, Attn: FLP/KIM, 530 Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4580; and

**IT IS FURTHER ORDERED** that the United States serve a copy of this Order on Defendants, and file a certificate of service on the docket.

Dated at Milwaukee, Wisconsin, this 24th day of July, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge